IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 20-MJ-7005-MAB |
| Edward Ying Sung Belleville, | ) Title 18 United States Code |
| Defendant. | ) Sections 922(g)(1) |

## CRIMINAL COMPLAINT

I, Matt Inlow, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### Felon in Possession of a Firearm

On or about January 28, 2020, in St. Clair County, within the Southern District of Illinois,

**Edward Ying Sung Belleville,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Possession of a Controlled Substance, on or about May 1, 2018, in Case No. 6354, in the 100th District Court, Carson County, Texas, did knowingly possess firearms, to wit: a Taurus, Model PT111, 9mm Caliber Pistol, Bearing Serial Number TKT79968, a Ruger, Model LCP, .380 Caliber Pistol, Bearing Serial Number 371095648, a Bersa, Model 83, .380ACP Caliber Pistol, Bearing Serial Number 276637, a SAR Arms, Model SARK2P, 9mm Caliber Pistol Bearing Serial Number T1102 15C00674, a Ruger, Model 10/22, .22 Caliber Rifle, Bearing Serial Number 202-10142, a Century Arms, Model RAS47, 7.62x39 Caliber Rifle, Bearing Serial Number RAS47055290, a Rock Island Armory, 12 Gauge Shotgun, Bearing Serial Number

RIA1507870, a Keystone Sporting Arms KSA, Model Cricket, .22 Caliber Rifle, Bearing Serial Number 502237, a Mossberg International, Model 715T, .22 Caliber Rifle, Bearing Serial Number EMF3791793, a Rock Island Armory, Model AK 47/22, .22 Caliber Rifle, Bearing Serial Number RIA1591289, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## AFFIDAVIT

Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Fairview Heights, Illinois Field Office and has been so employed since September 2001. Your affiant was previous employed as a United States Secret Service Uniformed Division Police Officer from November of 2000 through September of 2001. Your affiant is responsible for investigating violations of federal firearms laws, including Title 18 U.S.C. Section 922(g)(1), making it unlawful for any person who has been convicted of a crime punishable by more than one year in prison to possess a firearm, which affects or is transported in interstate commerce.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On January 28, 2020, I was working along with the United States Marshals Fugitive Task Force to execute arrest warrants and probation warrants. Specifically, the United States Marshals Fugitive Task Force was assisting the Carson County Texas Sheriff's Department by executing a felony probation violation warrant for Edward Ying Sung BELLEVILLE.

2. BELLEVILLE's residence was identified as 315 Sauget, Cahokia, Illinois, in the Southern District of Illinois. BELLEVILLE had previously listed 315 Sauget, Cahokia, Illinois, as his residence with St. Clair County Illinois Probation Department. Law

Enforcement observed BELLEVILLE outside the residence on January 27, 2020.

3. On January 28, 2020, Agents arrived at 315 Sauget, Cahokia, Illinois and knocked on the door announcing Police in an attempt to make contact with BELLEVILLE. Law Enforcement eventually forced entry into the residence announcing their presence as Law Enforcement. BELLEVILLE was eventually located hiding under the basement stairs and had pulled a board wrapped in fabric under the stairs to create a small hidden compartment. Law Enforcement had secured the residence as they were searching for BELLEVILLE. Law Enforcement observed multiple firearms inside the residence laying in plain view. BELLEVILLE then provided Law Enforcement with consent to search his residence.

4. BELLEVILLE was interviewed by Law Enforcement and informed Agents that there were firearms and methamphetamine inside the residence. BELLEVILLE also informed Agents that he knew he was a convicted felon and currently on probation. BELLEVILLE also stated that he knew there was an arrest warrant for him.

5. Law Enforcement conducted a search of the residence, based on BELLEVILLE's consent. Law Enforcement recovered ten firearms and a small quantity of suspected methamphetamine. The firearms were identified as: a Taurus, Model PT111, 9mm Caliber Pistol, Bearing Serial Number TKT79968, a Ruger, Model LCP, .380 Caliber Pistol, Bearing Serial Number 371095648, a Bersa, Model 83, .380ACP Caliber Pistol, Bearing Serial Number 276637, a SAR Arms, Model SARK2P, 9mm Caliber Pistol Bearing Serial Number T1102 15C00674, a Ruger, Model 10/22, .22 Caliber Rifle, Bearing Serial Number 202-10142, a Century Arms, Model RAS47, 7.62x39 Caliber Rifle, Bearing Serial Number RAS47055290, a Rock Island Armory, 12 Gauge Shotgun, Bearing Serial Number RIA1507870, a Keystone Sporting Arms KSA, Model Cricket, .22 Caliber Rifle, Bearing Serial Number 502237, a Mossberg International, Model 715T, .22 Caliber Rifle,

Bearing Serial Number EMF3791793, a Rock Island Armory, Model AK 47/22, and a .22 Caliber Rifle, Bearing Serial Number RIA1591289. All firearms had been shipped and transported in interstate commerce.

6. BELLEVILLE was convicted of a felony punishable by imprisonment for a term exceeding one year, being Possession of a Controlled Substance, on or about May 1st, 2018, in The 100th District Court, Carson County, Texas in Cause No. 6354.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Matthew R. Ihlow
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives

STEVEN D. WEINHOEFT
United States Attorney

Alexandria M. Burns
Assistant United States Attorney

State of Illinois       )
                        )   SS.
County of St. Clair     )

Sworn on the 29th day of January 2020, in East Saint Louis, Illinois, within the Southern District of Illinois.

Mark A. Beatty
United States Magistrate Judge